# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00756-BNB

ERNESTO NAVARRETE,

    Applicant,

v.

TRAVIS TRANI, OR FERNANDO FREYER, and
THE ATTORNEY OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Pursuant to the March 15, 2014 Order to Cure Deficiencies, Applicant submitted his 28 U.S.C. § 2241 claims and request to proceed pursuant to 28 U.S.C. § 1915 on proper Court-approved forms. He, however, failed to submit a certified account statement showing the current balance in his inmate account, as he is required to do pursuant to the instructions stated at the bottom of Page Two of the § 1915 form. Applicant shall have thirty days from the date of this Minute Order to provide to the Court a certified account statement showing the current balance in his inmate account. If Applicant fails to comply within the time allowed the Court will dismiss this action without further notice.

    Furthermore, the Court denies Plaintiff's request for appointment of counsel, ECF No. 6, as premature.

Dated:  March 27, 2014